IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM R. MULDROW,

    Plaintiff,

vs.                                                 4:08-CV-109-SPM

CATHY DAVIS, DAVID REID,
THE CITY OF TALLAHASSEE,
and KENT RICKEY, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 18). The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections were filed.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1.     The Magistrate Judge's Report and Recommendation (doc. 18) is adopted and incorporated by reference in this order.

2.     Plaintiff's Complaint (doc. 15), is hereby ***dismissed without prejudice***.

3.     This matter shall be remanded to the Magistrate Judge for further proceedings.

DONE AND ORDERED this <u>twenty-ninth</u> day of July, 2008.

                                                  *s/ Stephan P. Mickle*
                                                  Stephan P. Mickle
                                                  United States District Judge